FILED
CLERK, U.S. DISTRICT COURT

DEC 30 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIO JOSUE RIVERA,<br><br>Defendant. | Case No. 5:22-cr-00115-JVS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including absconding and commission of new offenses; prior violations*

and

1  B. ( X ) The defendant has not met defendant's burden of establishing by clear and
2  convincing evidence that he is not likely to pose a danger to the safety of any other
3  person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
4  based on: *nature of current allegations, including absconding and commission of new offenses;*
5  *prior violations*

7  IT THEREFORE IS ORDERED that the defendant be detained pending further
8  revocation proceedings.

10 Dated: 12-30-24

JOHN D. EARLY
United States Magistrate Judge